| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Gadola, Paul V | 2. Court or Organization  Eastern district of Michigan | 3. Date of Report  5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  United States Courthouse  600 Church Street  Flint, Michigan 48502 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Inc. Society of Irish/American Lawyers |
| 2. Member, Board of Directors | Old Newsboys of Greater Flint |
| 3. Member, Board of Directors | Mackinac Center for Public Policy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   MAY 19   I 08 PH '04   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1.   |                 |                                    |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1.   |                 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. Liberty Fund, Inc. - Judicial Seminar | Seminar January 6, 2003 - January 12, 2003  Tucson, Arizona (Travel, Meals, Hotel) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gadola, Paul V | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1   ACCOUNTS #1 | | | | | | | | | |
| 2   ½ Int. Genesee Twp, MI | | None | K | W | | | | | |
| 3   ⅛ Int. Iosco County, MI | | None | K | W | | | | | |
| 4   ACCOUNTS #2 | | | | | | | | | |
| 5   Fifth Third Bank, Flint, MI | | None | J | T | | | | | |
| 6   Standard Federal Savings, Flint, MI | | None | J | T | | | | | |
| 7   Standard Federal Savings, Flint, MI | A | Interest | K | T | | | | | |
| 8   Standard Federal Savings, Flint, MI | A | Interest | J | T | | | | | |
| 9   ACCOUNTS #3 | | | | | | | | | |
| 10  Bank One, FKA NBD, Flint, MI | A | Interest | K | T | | | | | |
| 11  Citizens Comm & Savings, Flint, MI | A | Interest | K | T | | | | | |
| 12  5ᵗʰ 3ʳᵈ FKA Old Kent Bank, Grand Blanc, MI ▮ | A | Interest | J | T | | | | | |
| 13  ACCOUNTS #4 | | | | | | | | | |
| 14  Bank Atlantic Bancorp Inc (stock) | A | Dividend | L | T | | | | | |
| 15  Centennial Government Tr (MM) | A | Dividend | M | T | | | | | |
| 16  Center Trust Inc (stock) - see PanPacfiic | | | | | | | | | |
| 17  Chemical Financial (stock) | A | Dividend | K | T | | | | | |
| 18  Citizens Fed Savings (CDs) | A | Interest | J | T | | | | | |
| 19  Coastal Bancorp Inc (stock) | A | Dividend | L | T | | | | | |
| 20  Crown Pacific Partners (LtdP) | | None | J | T | | | | | |
| 21  Five Star Quality Care (stock) | | None | J | T | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 22  Genesee Cnty MI Bldg Auth-Refunding-Book Entry  (bond) | B | Interest | K | T | | | | | |
| 23  HRPT Properties Trust (stock) | A | Dividend | J | T | | | | | |
| 24  Healthcare Realty Trust Inc (stock) | B | Dividend | K | T | | | | | |
| 25  Hospitality Properties Trust (stock) | B | Dividend | | | Sell | 4/3 | K | None | |
| 26  Howell MI Pub Schs-General Obligation (bond) | | None | L | T | | | | | |
| 27  Liberty Property Trust (stock) | D | Dividend | L | T | | | | | |
| 28  Mich Bldg Authority-Refunding (bond) | B | Interest | | | Redeem | 10/1 | L | A | |
| 29  Mich HSG Dev Auth Rental HSG Rev (bond) | B | Interest | K | T | | | | | |
| 30  National City Corp (stock) | B | Dividend | K | T | | | | | |
| 31  Nationwide Health Properties (stock) | A | Dividend | K | T | | | | | |
| 32  PanPacific Retail Pptys Inc, fka Center Trust Inc (stock) | A | Dividend | K | T | | | | | |
| 33  Petroleum & Resources Corp (stock) | D | Dividend | M | T | | | | | |
| 34  Republic Bancorp Inc (stock) | A | Dividend | K | T | | | | | |
| 35  Republic Bank (CD) | C | Interest | K | T | | | | | |
| 36  Senior Housing PPTYS Trust (stock) | A | Dividend | J | T | | | | | |
| 37  Sovran Self Storage Inc (stock) | B | Dividend | K | T | | | | | |
| 38  Sun Communities Inc (stock) | A | Dividend | K | T | | | | | |
| 39  **IRA #1** | | None | M | T | | | | | |
| 40  Fidelity VIP III Contrafund (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 41  INVESCO VIF Health Sciences (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 42  INVESCO VIF Technology (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |

1 Inc/Gain Codes:  A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)        F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)        U=Book Value        V=Other        W=Estimate

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 43 | Janus Aspen Capital Appre (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 44 | Janus Aspen Worldwide Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 45 | Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 46 | Opp Aggressive Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 47 | Opp Global Securities (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 48 | Opp Main Street Growth & Income (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 49 | T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Buy | 1/2/01 | J | | Inadvertently omitted in the past |
| 50 | T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 51 | **IRA #2** | | None | K | T | | | | | |
| 52 | T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 53 | American Century VP Value (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 54 | Opp Capital Appreciation (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 55 | Opp Main Street G&I (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 56 | Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 57 | **Trust #1** | C | Int & Div | N | T | | | | | |
| 58 | One Group Mich Muni Money Market Fund (mutual fund) | | | | | | | | | |
| 59 | One Group Diversified Equity Fund (mutual fund) | | | | | Buy | 12/30 | J | | |
| 60 | One Group Diversified International Fund (mutual fund) | | | | | Buy | 12/30 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 4     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 61 One Group Diversified Mid-Cap Fund (mutual fund) | | | | | Sell | 12/30 | J | A | |
| 62 One Group Equity Income Fund (mutual fund) | | | | | Partial Sale | 12/30 | K | None | |
| 63 One Group Large Cap Growth Fund (mutual fund) | | | | | Buy | 12/30 | J | | |
| 64 One Group Large Value Fund (mutual fund) | | | | | Buy | 12/30 | J | | |
| 65 One Group Market Neutral Fund (mutual fund) | | | | | Buy | 12/30 | J | | |
| 66 One Group Michigan Municipal Bond Fund | | | | | Partial Sale | 12/30 | K | B | |
| 67 One Group Mid-Cap Growth Fund (mutual fund) | | | | | Buy | 12/30 | K | | |
| 68 One Group Mid-Cap Value Fund (mutual fund) | | | | | Buy | 12/30 | J | | |
| 69 One Group Municipal Income Fund | | | | | Buy | 12/30 | K | | |
| 70 One Group Small-Cap Growth Fund | | | | | Buy | 12/30 | J | | |
| 71 One Group Small-Cap Value Fund | | | | | Buy | 12/30 | J | | |
| 72 **Trust #2** | A | Int & Div | J | T | | | | | |
| 73 Centennial Money Market Trust | | | | | | | | | |
| 74 Center Trust, Inc. | | | | | | | | | |
| 75 Malan Realty Investment, Inc. | | | | | | | | | |
| 76 **Trust #3** | F | Div & Int | P1 | T | | | | | |
| 77 Apartment Invt & Mgmt (stock) | | | | | Redeem | 8/18 | L | None | |
| 78 Bank One Corp (stock) | | | | | | | | | |
| 79 Centennial Government Tr (MM) | | | | | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*  *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 80 Citizens First Bancorp Inc (stock) | | | | | Listed as Sale on 2001 Report (line 57) but inadvertently left on 2002 Report | | | | |
| 81 Felcor Lodging Trust (stock) | | | | | Listed as Sale on 2001 Report (line 60) but inadvertently left on 2002 Report | | | | |
| 82 Five Star Quality Care Inc (stock) | | | | | | | | | |
| 83 Grandville, MI Pub Sch Dist (bond) | | | | | Redeem | 5/1 | K | None | |
| 84 Great Lakes Reit Inc (stock) | | | | | | | | | |
| 85 Greenwood Trust Co. 5.9% (bond) | | | | | Redeem | 4/8 | J | None | |
| 86 Hospitality Properties Trust (stock) | | | | | Sell | 4/3 | K | A | |
| 87 Howell, MI Pub Schs (bond) | | | | | | | | | |
| 88 Inergy (LtdP) | | | | | | | | | |
| 89 Kaneb Pipe Line Partners (LtdP) | | | | | | | | | |
| 90 Kent Hosp Fin Auth Mi Hospital Facility Rev (bond) | | | | | | | | | |
| 91 Liberty Property Trust (stock) | | | | | | | | | |
| 92 Michigan Higher Ed Student Ln Auth Rev (bond) | | | | | Redeem | 10/1 | K | None | |
| 93 Mid America Apartment Cmntys Inc (bond) | | | | | Redeem | 8/12 | K | None | |
| 94 Mid America Apartment Cmntys Inc (bond) | | | | | Redeem | 8/18 | J | None | |
| 95 National City Corp (stock) | | | | | | | | | |
| 96 Oakland Cnty MI Bldg Auth-Lyons Oaks (bond) | | | | | | | | | |
| 97 PanPacific Retail Pptys Inc (stock) | | | | | | | | | |
| 98 Petroleum & Resources Corp (stock) | | | | | | | | | |
| 99 Plains All Amern Pipeline (LtdP) | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 6 INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, ell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100 Senior Housing PPTYS Trust (stock) | | | | | | | | | |
| 101 Sovran Self Storage Inc (stock) | | | | | | | | | |
| 102 Star Gas Partners (LtdP) | | | | | | | | | |
| 103 Suburban Propane Partners (LtdP) | | | | | | | | | |
| 104 Taubman Centers, Inc (stock) CUM Redeemable Preferred | | | | | | | | | |
| 105 Trust #4 | C | Div & Int | N | T | | | | | |
| 106 AAR Corp (stock) | | | | | Sell | 12/16 | J | B | |
| 107 Adaptec (stock) | | | | | Partial Sale | 9/12 | J | A | |
| 108 Adaptec (stock) | | | | | Sell | 12/11 | J | A | |
| 109 Ampco-Pittsburgh (stock) | | | | | | | | | |
| 110 Astec Indu tries (stock) | | | | | Buy | 3/4 | J | | |
| 111 Automatic Data Processing Inc (stock) | | | | | Buy | 4/7 | J | | |
| 112 Barrick Gold Corp (stock) | | | | | Partial Sale | 7/24 | J | A | |
| 113 Barrick Gold Corp (stock) | | | | | Partial Sale | 7/28 | J | A | |
| 114 Barrick Gold Corp ( tock) | | | | | Sell | 7/30 | J | A | |
| 115 Centennial Government Tr (MM) | | | | | | | | | |
| 116 Computer Associates Int'l Inc (stock) | | | | | Partial Sale | 5/15 | J | A | |
| 117 Computer Associates Int'l Inc (stock) | | | | | Partial Sale | 7/22 | J | A | |
| 118 Computer Associates Int'l Inc (stock) | | | | | Partial Sale | 7/23 | J | B | |
| 119 Computer Associates Int'l Inc (stock) | | | | | Sell | 9/3 | J | B | |
| 120 CPI Corp (stock) | | | | | | | | | |
| 121 Crown Pacific Partners L.P (LtdP) | | | | | Sell | 12/24 | J | None | |
| 122 Cummins Inc (stock) | | | | | Partial Sale | 5/30 | J | A | |

1 Inc/Gain Codes: A=1,000 or less  B=$1,001-$2,500  C=2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col B1, D4)  F=$50,000-$100,000  G=$100,001-1,000,000  H=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(col C2)  U=Book Value  V=Other  W=Estimate

2003
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Paul V. Gadola

Date of Report
05/15/2004

## VII. Page 7  INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (I) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 123 Cummins Inc (stock) | | | | | Partial Sale | 7/23 | J | B | |
| 124 Cummins Inc (stock) | | | | | Partial Sale | 9/4 | J | A | |
| 125 Cummins Inc (stock) | | | | | Partial Sale | 10/3 | J | B | |
| 126 Cummins Inc (stock) | | | | | Sell | 10/13 | J | A | |
| 127 R.R. Donnelly & Sons Co. (stock) | | | | | Buy | 4/25 | J | | |
| 128 Donnelly Corp CL A (stock) | | | | | Total sale in 2002 - Inadvertently listed as partial at line 134 | | | | |
| 129 Eastman Kodak Co (stock) | | | | | | | | | |
| 130 Ethan Allen Interiors, Inc. (stock) | | | | | Sell | 12/23 | J | A | |
| 131 FedEx Corp (stock) | | | | | Sell | 3/6 | J | A | |
| 132 Gardner Denver Inc (stock) | | | | | | | | | |
| 133 Great Lakes Chemical Corp (stock) | | | | | | | | | |
| 134 Japan Smaller Cap Fund, Inc (stock) | | | | | | | | | |
| 135 Layne Christensen Co (stock) | | | | | | | | | |
| 136 MBIA Inc (stock) | | | | | Partial Sale | 7/24 | J | A | |
| 137 MBIA Inc (stock) | | | | | Sell | 9/19 | J | A | |
| 138 Martin Marietta Materials, Inc (stock) | | | | | Sell | 12/22 | J | A | |
| 139 Matrix Service Company (stock) | | | | | Partial Sale | 6/4 | J | B | |
| 140 Matrix Service Company (stock) | | | | | Partial Sale | 8/20 | J | B | |
| 141 Matrix Service Company (stock) | | | | | Partial Sale | 10/23 | J | B | |
| 142 Matrix Service Company (stock) | | | | | Partial Sale | 10/29 | J | B | |
| 143 Matrix Service Company (stock) | | | | | Partial Sale | 12/5 | J | B | |
| 144 Matrix Service Company (stock) | | | | | Sell | 12/16 | J | B | |
| 145 Maverick Tube Corp (stock) | | | | | Partial Sale | 3/14 | J | A | |
| 146 Maverick Tube Corp (stock) | | | | | Sell | 3/28 | J | B | |

1 Inc/Gain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147 Maxwell Technologies Inc (stock) | | | | | | | | | |
| 148 Maytag Corp (stock) | | | | | | | | | |
| 149 Myers Industries (stock) | | | | | Buy | 5/22 | J | | |
| 150 NS Group Inc (stock) | | | | | | | | | |
| 151 Newmont Mining Corp (stock) | | | | | | | | | |
| 152 Parlex Corp (stock) | | | | | | | | | |
| 153 Phelps Dodge Corp (stock) | | | | | Partial Sale | 7/24 | J | A | |
| 154 Phelps Dodge Corp (stock) | | | | | Partial Sale | 9/12 | J | A | |
| 155 Phelps Dodge Corp (stock) | | | | | Partial Sale | 12/9 | J | A | |
| 156 Phelps Dodge Corp (stock) | | | | | Partial Sale | 12/11 | J | B | |
| 157 Readers Digest Assoc Inc (stock) | | | | | | | | | |
| 158 Regal Beloit Corp (stock) | | | | | Buy | 3/31 | j | | |
| 159 Royce Value Trust Inc (stock) | | | | | Sell | 7/9 | J | None | |
| 160 Snap-On Inc (stock) | | | | | Partial Sale | 12/18 | J | A | |
| 161 Sonoco Products Co (stock) | | | | | Buy | 10/21 | J | | |
| 162 Tektronix Inc (stock) | | | | | Sell | 7/28 | J | A | |
| 163 Textron Inc (stock) | | | | | Partial Sale | 7/22 | J | A | |
| 164 Textron Inc (stock) | | | | | Sell | 9/11 | J | A | |
| 165 Toys-R-Us Inc (stock) | | | | | | | | | |
| 166 Transocean Inc (stock) | | | | | Buy | 6/2 | J | | |
| 167 Transocean Inc (stock) | | | | | Buy | 7/ 7 | J | | |
| 168 Transocean Inc (stock) | | | | | Buy | 8/5 | J | | |
| 169 Transocean Inc (stock) | | | | | Buy | 8/6 | J | | |
| 170 Trinity Industries Inc (stock) | | | | | Sell | 12/16 | J | B | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(col C2)      U=Book Value      V=Other      W=Estimate

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 171 | U.S. T-Note 3.625% (5-15-2013) | | | | | Buy | 8/26 | J | | |
| 172 | Valmont Industries Inc (stock) | | | | | Sell | 3/28 | J | B | |
| 173 | X-Rite Inc (stock) | | | | | Partial Sale | 6/5 | J | A | |
| 174 | X-Rite Inc (stock) | | | | | Sell | 8/26 | J | A | |
| 175 | | | | | | | | | | |
| 176 | | | | | | | | | | |
| 177 | | | | | | | | | | |
| 178 | | | | | | | | | | |
| 179 | | | | | | | | | | |
| 180 | | | | | | | | | | |
| 181 | | | | | | | | | | |
| 182 | | | | | | | | | | |
| 183 | | | | | | | | | | |
| 184 | | | | | | | | | | |
| 185 | | | | | | | | | | |
| 186 | | | | | | | | | | |
| 187 | | | | | | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date____5/15/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544